UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRETA A. CAMPBELL, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Civil Action No. 07-0033 (RWR) |
| ) | |
| WILLIAM H. TURRI, ) | |
| ) | |
|     Defendant. ) | |

**NOTICE AND ORDER TO SHOW CAUSE**

    Plaintiff filed this case on January 4, 2007. Federal Rule of Civil Procedure 4(m) authorizes a court to dismiss an action against a defendant upon proper notice where the plaintiff has not accomplished service of the summons and complaint on a defendant within one hundred twenty days of filing suit. No proof of service upon defendant William H. Turri has been filed. Accordingly, it is hereby

    ORDERED that on or before June 4, 2007, plaintiff shall file proof of service on defendant Turri or show cause why the case should not be dismissed for failure to effect service on defendant Turri. Plaintiff is advised that failure to comply may result in dismissal of this case against that defendant.

    SIGNED this 21st day of May, 2007.

                                                        /s/
                                            RICHARD W. ROBERTS
                                            United States District Judge