## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
**GRETA A. CAMPBELL**                               )
                                                    )
              Plaintiff,                            )
                                                    )
       v.                                           )   Civ. Action No.  1:07CV00033(RR)
                                                    )
**WILLIAM H. TURRI,**                               )
**PUBLIC PRINTER**                                  )
                                                    )
              Defendant.                            )
_____)

### AFFIDAVIT OF SERVICE

On May 1, 2007, I, Teresa W. Murray, Counsel for Plaintiff, served the

First Amended Complaint in the above-captioned action on Defendant William

H. Turri, Public Printer, U.S. Government Printing Office, via certified mail as

follows: (copies of return receipts attached)

WILLIAM H. TURRI,
PUBLIC PRINTER
732 North Capitol Street, N.W.
Washington, DC  20401
Certified Mail received by Government Printing Office, signed by L. McIntyre
(agent) on May 7, 2007


United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001
Certified Mail received by U.S. Attorney, signed by E. Parker on May 7, 2007

United States Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
Certified Mail received by U.S. Attorney General, signed by E. Parker
on May 7, 2007.

Respectfully submitted,

Dated: May 22, 2007                    By: _____/s/_____
                                              Teresa W. Murray

                                       THE LAW OFFICE OF T.W. MURRAY
                                       1025 Connecticut Avenue, N.W.
                                       Suite 1000
                                       Washington, D.C. 20036
                                       Phone: 202-327-5477
                                       Fax: 202-327-5451

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent / ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

William H. Turri
732 No. Capitol St NW
Wash DC 20401

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7007 0710 0001 8886 9743

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent / ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MAY 0 7 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

U.S. Attorney
555 4th St NW
Wash DC. 20001

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7007

PS Form 3811, February 2004   Dome

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent / ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MAY 0 7 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

U.S. Atty Gen'l
950 Pennsylvania Ave NW
Wash DC 20530-0001

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7007 0710 0001 8886 9736

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20401

| | | |
|---|---|---|
| Postage | $ | $1.11 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.36 |

05/01/2007

William Tirri
732 No. Capitol St NW
Wash DC 20401

PS Form 3800, August 2006          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20001

$1.11   0904
$2.40
$1.85
$0.00
$5.36

05/01/2007

US Atty
555 4th St NW
Wash DC 20001

PS Form 3800, August 2006          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON DC 20530

$1.11   0904
$2.40
$1.85
$0.00
$5.36

05/01/2007

US Atty Genll
951 Penn Ave n w
Wash DC 20530