UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **GRETA A. CAMPBELL** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. Action No. 1:07CV00033(RR) |
| **WILLIAM H. TURRI,** **PUBLIC PRINTER** | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff, Greta A. Campbell, by and through undersigned counsel, hereby respectfully submits her response to the Court's Order of May 21, 2007 requiring her to file proof of service on Defendant Turri. Plaintiff responds as follows:

1. Plaintiff filed her original Complaint on January 4, 2007.

2. After refining her Complaint, Plaintiff filed her Amended Complaint with the Court on April 27, 2007.

3. Plaintiff served Defendant Turri, and the U.S. Attorney and U.S. Attorney General as required as well, via certified mail on May 1, 2007. (See Exhibit 1 Appendix). Plaintiff served the Defendant within the prescribed 120-day period following the filing of the original complaint.

4. Per the return receipt, Defendant received the Amended Complaint on May 7, 2007, making the Agency's Answer due on July 6, 2007.

5. Plaintiff has filed her return of service with the Court on this day, May 22, 2007. (Exhibit 1).

Plaintiff, therefore, respectfully requests that the Court not dismiss her cause of action, since she has properly served the Defendant in accordance with the Federal Rules of Civil Procedure and has filed proof of service with the Court.

Respectfully submitted,

By: __/S/_____
Teresa W. Murray

THE LAW OFFICE OF T.W. MURRAY
1025 Connecticut Avenue
Suite 1000
Washington, D.C. 20036
Phone: 202-327-5477/Fax: 202-327-5451

Counsel for Plaintiff

Dated: May 22, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**GRETA A. CAMPBELL**               )
                                    )
    Plaintiff,         )
                                    )
    v.                 )   Civ. Action No.  1:07CV00033(RR)
                                    )
**WILLIAM H. TURRI,**               )
**PUBLIC PRINTER**                  )
                                    )
    Defendant.         )
_____)

## AFFIDAVIT OF SERVICE

On May 1, 2007, I, Teresa W. Murray, Counsel for Plaintiff, served the

First Amended Complaint in the above-captioned action on Defendant William

H. Turri, Public Printer, U.S. Government Printing Office, via certified mail as

follows: (copies of return receipts attached)

    WILLIAM H. TURRI,
    PUBLIC PRINTER
    732 North Capitol Street, N.W.
    Washington, DC  20401
Certified Mail received by Government Printing Office, signed by L. McIntyre
    (agent) on May 7, 2007


    United States Attorney
    555 Fourth Street, N.W.
    Washington, D.C. 20001
Certified Mail received by U.S. Attorney, signed by E. Parker on May 7, 2007

United States Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
Certified Mail received by U.S. Attorney General, signed by E. Parker
on May 7, 2007.

                                          Respectfully submitted,

Dated: May 22, 2007                    By**:**          /s/
                                                Teresa W. Murray

                                                THE LAW OFFICE OF T.W. MURRAY
                                                1025 Connecticut Avenue, N.W.
                                                Suite 1000
                                                Washington, D.C. 20036
                                                Phone: 202-327-5477
                                                Fax: 202-327-5451

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   William H. Turri
   732 No. Capitol St NW
   Wash DC 20401

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  A. McIntyre    ☑ Agent  ☐ Addressee

B. Received by (Printed Name): EMC
C. Date of Delivery: 5/7/07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0001 8886 9743

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney
   555 4th St NW
   Wash DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Garrett Parker    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): MAY 07 2007
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007

PS Form 3811, February 2004   Dome

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Atty Gen'l
   950 Pennsylvania Ave NW
   Wash DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Garrett Parker    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): MAY 07 2007
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0001 8886 9736

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20401

| | |
|---|---|
| Postage | $1.11 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.36 |

Postmark Here 05/01/2007

7007 0710 0001 8886 9743

William Turri
432 No. Capitol St NW
Wash DC 20401

PS Form 3800, August 2006  See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20001

| | |
|---|---|
| Postage | $1.11 |
| Certified Fee | $2.40 |
| Return Receipt Fee | $1.85 |
| Restricted Delivery Fee | $0.00 |
| Total Postage & Fees | $5.36 |

05/01/2007

7007 0710 0001 8886 9750

US Atty
555 4th St NW
Wash DC 20001

---

**CERTIFIED MAIL™ RECEIPT**

WASHINGTON DC 20530

| | |
|---|---|
| | $1.11 |
| | $2.40 |
| | $1.85 |
| | $0.00 |
| | $5.36 |

05/01/2007

7007 0710 0001 8886 9736

US Atty Genl
950 Penn Ave NW
Wash DC 20530