UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRETA A. CAMPBELL, | ) |
|         Plaintiff | ) |
|         v. | ) Civil Action No. 07-00033 (RWR) <br> ) (ECF) |
| WILLIAM H. TURRI, <br> PUBLIC PRINTER, CHIEF EXECUTIVE <br> OFFICER UNITED STATES GOVERNMENT <br> PRINTING OFFICE | ) |
|         Defendant. | ) |

**PRAECIPE**

Defendant respectfully requests that the Clerk of the Court enter the appearance of Assistant United States Attorney Benton G. Peterson.

Respectfully submitted,

_____/s/_____
Benton G. Peterson, Bar No. 1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238
Benton.Peterson@usdoj.gov