UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
GRETA A. CAMPBELL,                  )
                                    )
       Plaintiff                    )
                                    )
                                    ) Civil Action No. 07-00033 (RWR)
       v.                           )  (ECF)
                                    )
WILLIAM H. TURRI,                   )
PUBLIC PRINTER, CHIEF EXECUTIVE     )
OFFICER UNITED STATES GOVERNMENT    )
PRINTING OFFICE                     )
                                    )
       Defendant.                   )
_____ )

## CONSENT MOTION FOR ENLARGEMENT OF TIME

    Defendant, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint. Defendant requests that the deadline for responding be extended to July 17, 2007. This is Defendant's first request for an enlargement of time in this case, and no scheduling order has been entered. Plaintiff, through counsel, has graciously consented to this motion.

    This enlargement of time is sought because additional time is needed for counsel for Defendant to confer with agency counsel about the circumstances of this case. Counsel for Defendant has learned that the agency counsel responsible for this case has been out of the office on medical leave and as a result, counsel for Defendant has been unable to obtain, and does not anticipate being able to obtain, all of the necessary information in order to formulate Defendant's response prior to the current deadline. Following consultation with the temporary replacement agency counsel, counsel for Defendant anticipates that he can better address the relevant issues in

this case.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate their response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to July 17, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/_____
BENTON G. PETERSON Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7238