UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**GRETA A. CAMPBELL**               )
                                    )
    Plaintiff,          )
                                    )
  v.                           ) Civ. Action No. 1:07CV00033(RR)
                                    )
**WILLIAM H. TURRI,**               )
**PUBLIC PRINTER**                  )
                                    )
    Defendant.          )
_____)

### PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

Please enter the following address and telephone number change for Plaintiff's counsel in the above-captioned matter:

Teresa W. Murray
The Law Office of T.W. Murray
7474 Greenway Center Drive
Suite 820
Greenbelt, Maryland 20770
Phone: 301-982-2005
Fax: 301-982-0004

Respectfully submitted,

Dated: July 17, 2007                By:_____/s/_____
                                                   Teresa W. Murray
                                                   THE LAW OFFICE OF T.W. MURRAY
                                                   7474 Greenway Center Drive
                                                   Suite 820
                                                   Greenbelt, Maryland 20770
                                                   Phone: 301-982-2005
                                                   Fax: 301-982-0004
                                                   **Counsel for the Plaintiff**