UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **GRETA A. CAMPBELL** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 07-0033(RWR/DAR) |
| | ) | |
| **WILLIAM H. TURRI,** | ) | |
| PUBLIC PRINTER | ) | |
| GOVERNMENT PRINTING OFFICE, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT MOTION FOR EXTENSION OF DISCOVERY DEADLINE

### I. INTRODUCTION

Plaintiff, Greta A. Campbell and Defendant, William Turri, Public Printer, Government Printing Office, by and through undersigned counsel, hereby respectfully submit this consent motion for the extension of the discovery deadline to March 7, 2008. The parties conferred and agree to the need for an extension of the discovery period.

### II. BASIS FOR MOTION

1. Both parties are in the process of scheduling depositions of witnesses. Given other commitments and scheduling conflicts, the parties will not be able to complete depositions within the existing discovery period.

2. As the case at bar concerns disability discrimination allegations, Defendant propounded document production requests that seek Ms. Campbell's private

medical records. The parties have agreed to enter into a confidentiality agreement and to prepare, for Court approval, a protective order to preserve the confidentiality of this information once it is produced. Additional time is needed for the parties to complete these tasks.

3. Neither party has requested an extension of the discovery deadline in this case, prior to the instant Motion.

### III. CONCLUSION

Due to the existence of these outstanding, discovery matters, the parties respectfully request that the Court reset the discovery deadline to March 7, 2008. If the Court grants this Motion, the post-discovery conference currently scheduled for February 1, 2008 will need to be rescheduled, as well.

Dated: January 22, 2008                Respectfully submitted,

By:_____/s/_____
Teresa W. Murray
THE LAW OFFICE OF T.W. MURRAY
7474 Greenway Center Dr., Suite 820
Greenbelt, MD 20770
Ph: 301-982-2005/Fax: 301-982-0004
Counsel for the Plaintiff

By:_____/s/_____
Benton G. Peterson
Assistant United States Attorney
Judiciary Center Bldg
555 4th Street N.W. Civil Division
Washington, D.C. 20530
Ph: 202-514-7238/Fax: 202-514-8780
Counsel for the Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                )
**GRETA A. CAMPBELL**           )
                                )
        Plaintiff,              )
                                )
    v.                          )   Civ. Action No. 07-0033(RWR/DAR)
                                )
**WILLIAM H. TURRI,**           )
PUBLIC PRINTER                  )
GOVERNMENT PRINTING OFFICE      )
                                )
        Defendant.              )
_____)

**ORDER**

    NOW this _____ day of _____, 2008, upon consideration of the parties'

Consent Motion For An Extension of the Discovery Deadline, it is hereby ORDERED that:

    1) the motion is GRANTED;

    2) that the deadline for completing discovery is March 7, 2008; and

    3) that the clerk shall reset the post-discovery conference and all other deadlines in this

       case.

**SO ORDERED.**

                                                  _____
                                                  DEBORAH A. ROBINSON
                                                  United States Magistrate Judge