**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| GRETA A. CAMPBELL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 07-00033 (RWR/DAR) |
| | ) |
| WILLIAM H. TURRI, | ) |
| PUBLIC PRINTER, CHIEF EXECUTIVE | ) |
| OFFICER, UNITED STATES GOVERNMENT | ) |
| PRINTING OFFICE | ) |
| | ) |
| Defendant. | ) |

_____**)**

**PLAINTIFF'S CONSENT MOTION FOR CONTINUANCE**

COMES NOW Plaintiff Greta A. Campbell, by and through undersigned counsel, hereby files this Motion for Continuance of the post-discovery status conference in this matter. Plaintiff's counsel has a trial scheduled in the case of *West v. Potter*, Case Number 1:05-CV-1339 in this Court before Judge James Robertson that is set to begin March 10, 2008, Consequently, Plaintiff's counsel, will not be available on March 13, 2008.  Plaintiff's counsel has contacted opposing counsel, who has consented to the motion.  The alternative dates that would be satisfactory for both parties to reschedule the post-discovery hearing are March 18, 2008, March 19, 2008, and March 31, 2008.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court grant her Motion for Continuance of the post-discovery status hearing.

Respectfully submitted,

_____/s/_____
Teresa W. Murray
7474 Greenway Center Drive, Suite 820
Greenbelt, MD 20770
Phone: 301-982-2005/Fax: 301-982-0004

**UNITED STATES DISTRICT CORUT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ | |
| GRETA A. CAMPBELL | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case No.: 07-00033 (RWR/DAR) |
|  | ) |
| WILLIAM H. TURRI, | ) |
| PUBLIC PRINTER, CHIEF EXECUTIVE | ) |
| OFFICER, UNITED STATES GOVERNMENT | ) |
| PRINTING OFFICE | ) |
|  | ) |
| Defendant. | ) |
| _____ | **)** |

**ORDER**

UPON CONSIDERATION of Greta A. Campbell's Consent Motion for

Continuance, it is this ____ day of _____, 2008, by the United States District

Court for the District of Columbia, **ORDERED:**

1. that Plaintiff's Motion for Continuance is **GRANTED; and**

2. the post-discovery status conference shall be rescheduled for the _____

   day of March, 2008.


_____
DEBORAH A. ROBINSON
United States Magistrate Judge