UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRETA A. CAMPBELL, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| | ) No. 07-00033 (RWR/DAR) |
| v. | ) (ECF) |
| | ) |
| WILLIAM H. TURRI, | ) |
| PUBLIC PRINTER, CHIEF EXECUTIVE | ) |
| OFFICER UNITED STATES GOVERNMENT | ) |
| PRINTING OFFICE | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT MOTION TO EXTEND DISCOVERY
AND CORRESPONDING DEADLINES**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the parties hereby jointly move to extend the discovery deadline and corresponding deadlines. In support of this motion, the parties respectfully refer the Court to the attached memorandum of points and authorities.

Pursuant to LCvR 7(m), the parties have consulted and have determined to bring this motion jointly.

Respectfully Submitted,

_____

JEFFREY A. TAYLOR, BAR # 498610
United States Attorney


_____/s_____
BENTON G. PETERSON,  Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.  Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov

Counsel for Defendant



_____/s/_____
The Law Office of T.W. Murray
7474 Greenway Center Drive
Suite 820
**Greenbelt, Maryland 20770**
Phone: 301-982-2005
Fax: 301-982-0004
Counsel for the Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRETA A. CAMPBELL, )<br>)<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>WILLIAM H. TURRI, )<br>PUBLIC PRINTER, CHIEF EXECUTIVE )<br>OFFICER UNITED STATES GOVERNMENT )<br>PRINTING OFFICE )<br>)<br>Defendant. )<br>_____ ) | No. 07-00033 (RWR/DAR)<br>(ECF) |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF THE PARTIES' JOINT MOTION TO EXTEND
DISCOVERY AND CORRESPONDING DEADLINES**

1. Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, a deadline set by Court order may be extended upon a showing of good cause if the extension request is made before the expiration of the period prescribed.

2. By minute order dated January 23, 2008, and in response to Plaintiff's Consent Motion to Extend Discovery, the Court extended the discovery deadline through March 7, 2008, and subsequently set the date for a post discovery conference for March 18, 2008. The Court's Order did not establish dates for dispositive motions.

3. When Plaintiff's Counsel moved for the above-described extension, both parties anticipated that they would be able to complete discovery by March 7. However, since that time parties have run into unexpected delays concerning scheduling depositions of witnesses and unexpected scheduling conflicts concerning counsel for the parties and preliminary and informal discussions concerning settlement.

4. Specifically Defendant's counsel has been engaged since January 2008, in participating in previously unanticipated evidentiary hearings in the <u>Moore v. Chertoff</u>, 00-953. These proceeding have required Defendant's counsel to prepare evidence and several witnesses for testimony. This fact was compounded by the unexpected absence of co-counsel in the <u>Moore</u> case, due to activities attendant to a family emergency which required the undersigned to take a larger role in preparing and presenting evidence in those evidentiary hearings than originally anticipated. Those hearing are still on-going. Defendant's counsel's obligations in <u>Moore</u> have required him to extend several other deadlines in other cases. As a result, Defendant's counsel has not been able to provide many mutually agreeable availability dates to complete the outstanding depositions, and continue preliminary discussions concerning discovery and settlement possibilities.

5. Plaintiff joins in this Motion to seek additional time to complete discovery and participate in mediation. Plaintiff scheduled three depositions for February 22, 2008; however, due to weather conditions, one witness was unable to attend. The parties

intend to reschedule this deposition; yet, given counsels' work schedules, the deposition and the remaining depositions cannot be conducted until after the March 7, 2008 discovery deadline.  While Defendant has explained his scheduling difficulties above, Plaintiff's counsel is preparing for a week-long trial before this Court in the matter of *West v. Potter*, Case No. 05-1339, March 10-15, 2008. After the trial, Plaintiff and her counsel will be available to complete discovery and engage in a good-faith effort to resolve this dispute.

      6.  The parties therefore request that the Court extend discovery to April 11, 2008. This time frame takes into account anticipated hearing dates and pre-arranged travel schedules of counsel and potential deponents.  The parties recognize that this extension would require the postponement of the post-discovery status conference current set for March 18, 2008.  The parties therefore suggest the following possible substitute dates where counsel for the respective parties have reserved the entire day for the Court's consideration: April 15, 16 and 18.   Accordingly, the parties respectfully propose that the discovery deadline be extended through April 11, 2008, and that briefing of dispositive motions occur thirty days following the post discovery status conference , oppositions due thirty days after that date and replies if any fifteen days after that date.

      7.     The proposed extension would not affect any other scheduled court appearances.

WHEREFORE, the parties respectfully request that the discovery deadline be extended through April 11, 2008 , and that all corresponding deadlines be extended accordingly.

Respectfully Submitted,

_____
 JEFFREY A. TAYLOR, BAR # 498610
United States Attorney


_____/s_____
BENTON G. PETERSON,  Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.  Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov

Counsel for Defendant


_____/s/_____
The Law Office of T.W. Murray
7474 Greenway Center Drive
Suite 820
**Greenbelt, Maryland 20770**
Phone: 301-982-2005
Fax: 301-982-0004
Counsel for the Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**GRETA A. CAMPBELL**               )
                                    )
Plaintiff,                          )
                                    )
   v                                ) Civ. Action No. 07-0033(RWR/DAR)
                                    )
                                    )
**WILLIAM H. TURRI,**               )
PUBLIC PRINTER                      )
GOVERNMENT PRINTING OFFICE          )
                                    )
Defendant.                          )
_____)

**ORDER**

**NOW** this _____ day of _____, 2008, upon consideration of the parties' Joint Motion For An Extension of the Discovery Deadline, it is hereby ORDERED that:

    **1.**    the motion is **GRANTED**;
    **2.**    that the deadline for completing discovery is April 11, 2008; and
    3.    that the clerk shall reset the post-discovery conference and all other deadlines in this case.

**SO ORDERED.**

                                                                                   _____
                                                                                    **UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
**GRETA A. CAMPBELL**         )
                              )
Plaintiff,                    )
                              )
   v                          ) Civ. Action No. 07-0033(RWR/DAR)
                              )
                              )
**WILLIAM H. TURRI,**         )
PUBLIC PRINTER                )
GOVERNMENT PRINTING OFFICE    )
                              )
Defendant.                    )
_____)

**ORDER**

**NOW this _____ day of _____, 2008, upon consideration of the parties' Joint Motion For An Extension of the Discovery Deadline, it is hereby ORDERED that:**

    **1.**    **the motion is GRANTED;**
    **2.**    **that the deadline for completing discovery is April 11, 2008; and**
    3.    **that the clerk shall reset the post-discovery conference and all other deadlines in this case.**

**SO ORDERED.**

                                                _____
                                                **UNITED STATES DISTRICT JUDGE**