UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GRETA A. CAMPBELL, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) No. 07-00033 (RWR/DAR) ) (ECF) ) |
| WILLIAM H. TURRI, PUBLIC PRINTER, CHIEF EXECUTIVE OFFICER UNITED STATES GOVERNMENT PRINTING OFFICE | ) ) ) ) ) |
| Defendant. | ) ) |

**JOINT MOTION TO EXTEND DISCOVERY
AND CORRESPONDING DEADLINES**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the parties hereby jointly move to extend the discovery deadline and corresponding deadlines. In support of this motion, the parties respectfully refer the Court to the attached memorandum of points and authorities.

Pursuant to LCvR 7(m), the parties have consulted and have determined to bring this motion jointly.

Respectfully Submitted,

_____
 JEFFREY A. TAYLOR, BAR # 498610
United States Attorney


_____/s_____
BENTON G. PETERSON,  Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.  Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov

Counsel for Defendant



_____/s/_____
The Law Office of T.W. Murray
7474 Greenway Center Drive
Suite 820
**Greenbelt, Maryland 20770**
Phone: 301-982-2005
Fax: 301-982-0004
Counsel for the Plaintiff

-2-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| GRETA A. CAMPBELL, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| | ) No. 07-00033 (RWR/DAR) |
| v. | ) (ECF) |
| | ) |
| WILLIAM H. TURRI, | ) |
| PUBLIC PRINTER, CHIEF EXECUTIVE | ) |
| OFFICER UNITED STATES GOVERNMENT | ) |
| PRINTING OFFICE | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF THE PARTIES' JOINT MOTION TO EXTEND
DISCOVERY AND CORRESPONDING DEADLINES**

1.      Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, a deadline set by Court order may be extended upon a showing of good cause if the extension request is made before the expiration of the period prescribed.

2.      By minute order dated March 14, 2008, and in response to the parties Joint Motion to Extend Discovery, the Court extended the discovery deadline through March 7, 2008, and subsequently set the date for a post discovery conference for March 18, 2008.

3.When the parties moved for the above-described extension, the parties anticipated that they would be able to complete discovery by April 11. However, since that time parties have run into unexpected delays concerning scheduling depositions of witnesses and unexpected scheduling conflicts concerning the work schedules of counsel for the parties and the continuing informal discussions concerning settlement.

4.Specifically Defendant's counsel has been engaged since January 2008, in participating in previously unanticipated evidentiary hearings in the <u>Moore v. Chertoff</u>, 00-953. These proceeding continue to require Defendant's counsel to prepare evidence and several witnesses for testimony. The hearings also require Defendant's counsel to oversee agency search efforts and an extremely large document production. As a result, undersigned Defense counsel has had to spend a significant amount of time out of the office. The <u>Moore</u> hearings are still on-going.[1] Defendant's counsel's pre-existing obligations in <u>Moore</u> continue to require him to extend several other deadlines in other cases. Consequently, Defendant's counsel to have very limited opportunity to provide mutually agreeable availability dates to complete the outstanding depositions, and continue preliminary discussions concerning discovery and settlement possibilities. Defendant believes that the evidentiary portion of the above described hearings will

---

[1]In addition to numerous other deadlines in the undersigned Defense Counsel's pre-existing case load.

end soon.² At which point Defendant's counsel anticipates being able to efficiently complete discovery in the above captioned matter.

5. Plaintiff joins in this Motion to seek additional time to complete discovery. The parties intend to reschedule two depositions that had to be postponed due to scheduling conflicts; yet, given counsels' work schedules, the remaining depositions cannot be conducted until after the April 11, 2008 discovery deadline. In addition, both parties are continuing their informal discussions of settlement.

6. The parties therefore request that the Court extend discovery to May 5, 2008. This time frame takes into account anticipated hearing dates and pre-arranged travel schedules of counsel and potential deponents. The parties recognize that this extension would require the postponement of the post-discovery status conference current set for April 16, 2008. The parties therefore suggest the following possible substitute dates where counsel for the respective parties have reserved the entire day for the Court's consideration: May 7, 8, and 15. Accordingly, the parties respectfully propose that the discovery deadline be extended through May 5, 2008, and that briefing of dispositive motions occur thirty days following the post discovery status conference , oppositions due thirty days after that date and replies if any fifteen days after that date.

7. The proposed extension would not affect any other scheduled court appearances.

---

² However, this only represents Defendant's counsel best estimate as the opposing parties in the <u>Moore</u> matter has not rested their case in the hearing.

-3-

WHEREFORE, the parties respectfully request that the discovery deadline be extended through May 5, 2008 , and that all corresponding deadlines be extended accordingly.

Respectfully Submitted,

_____
 JEFFREY A. TAYLOR, BAR # 498610
United States Attorney


_____/s_____
BENTON G. PETERSON,  Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.  Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov

Counsel for Defendant



_____/s/_____
The Law Office of T.W. Murray
7474 Greenway Center Drive
Suite 820
**Greenbelt, Maryland 20770**
Phone: 301-982-2005
Fax: 301-982-0004
Counsel for the Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**GRETA A. CAMPBELL**               )
                                    )
Plaintiff,                          )
                                    )
    v                               ) Civ. Action No. 07-0033(RWR/DAR)
                                    )
                                    )
**WILLIAM H. TURRI,**               )
PUBLIC PRINTER                      )
GOVERNMENT PRINTING OFFICE          )
                                    )
Defendant.                          )
_____ )

**ORDER**

**NOW** this _____ day of _____, 2008, upon consideration of the parties' Joint Motion For An Extension of the Discovery Deadline, it is hereby ORDERED that:

   1.   the motion is GRANTED;
   2.   that the deadline for completing discovery is May 5, 2008 ; and
   3.   that the clerk shall reset the post-discovery conference and all other deadlines in this case.

**SO ORDERED.**

                                    _____
                                    **UNITED STATES DISTRICT JUDGE**

-5-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
GRETA A. CAMPBELL             )
                              )
Plaintiff,                    )
                              )
    v                         ) Civ. Action No. 07-0033(RWR/DAR)
                              )
                              )
WILLIAM H. TURRI,             )
PUBLIC PRINTER                )
GOVERNMENT PRINTING OFFICE    )
                              )
Defendant.                    )
_____)
```

**ORDER**

**NOW** this _____ day of _____, 2008, upon consideration of the parties' Joint Motion For An Extension of the Discovery Deadline, it is hereby ORDERED that:

    1.    the motion is GRANTED;
    2.    that the deadline for completing discovery is May 5, 2008 ; and
    3.    that the clerk shall reset the post-discovery conference and all other deadlines in this case.

**SO ORDERED.**

                                                     _____
                                                     **UNITED STATES DISTRICT JUDGE**