UNITED STATES DISTRICT CORUT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRETA A. CAMPBELL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 07-00033 (RWR/DAR) |
| | ) |
| WILLIAM H. TURRI, | ) |
| PUBLIC PRINTER, CHIEF EXECUTIVE | ) |
| OFFICER, UNITED STATES GOVERNMENT | ) |
| PRINTING OFFICE | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT MOTION FOR STAY OF DISCOVERY
AND FOR CASE REFERRAL TO MEDIATION PROGRAM**

Plaintiff, Greta A. Campbell and Defendant, William H. Turri, Public Printer, U.S. Government Printing Office hereby jointly move this honorable Court for an Order staying discovery and a Consent Order referring the case to the Court's Mediation Program in the Circuit Executive's Office. Out of the parties' informal efforts to reach a resolution of this action, the parties have concluded that a stay of discovery is necessary in order for both sides to focus their efforts on formal mediation. Given that Magistrate Robinson has been assigned for discovery purposes, parties request a Court Appointed Mediator to facilitate a mediation session. Counsel specifically request Mediator Michael Terry and if available, respectfully request his assistance and assignment in this matter subject to the approval of this Court and the Director or Deputy Director of Dispute Resolution.

The parties request 45 days to schedule and engage in mediation. If mediation is not successful, the parties will supply a joint report to the Court that identifies the status of discovery and their anticipated time-frame for completion of discovery matters.

Dated: April 30, 2008            Respectfully submitted,


By:_____/s/_____
Teresa W. Murray
THE LAW OFFICE OF T.W. MURRAY
7474 Greenway Center Dr., Suite 820
Greenbelt, MD 20770
Ph: 301-982-2005/Fax: 301-982-0004
Counsel for Plaintiff



_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s/_____
BENTON PETERSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C.  20530
(202) 514-7238

UNITED STATES DISTRICT CORUT
FOR THE DISTRICT OF COLUMBIA

_____
GRETA A. CAMPBELL                  )
                                   )
         Plaintiff,                )
                                   )
v.                                 )  Case No.: 07-00033 (RWR/DAR)
                                   )
WILLIAM H. TURRI,                  )
PUBLIC PRINTER, CHIEF EXECUTIVE    )
OFFICER, UNITED STATES GOVERNMENT  )
PRINTING OFFICE                    )
                                   )
         Defendant.                )
_____)

**ORDER**

UPON CONSIDERATION of the parties' Joint Motion for Stay of Discovery and Case Referral to Mediation Program, it is this ____ day of _____, 2008, by the United States District Court for the District of Columbia, **ORDERED** that**:**

1. the Motion is **GRANTED;**

2. the case is hereby referred to the Circuit Executive's Office for mediation**;**

3. mediation shall be completed within 45 days of the date of this Order; and

4. discovery is hereby stayed until subsequent order is issued following mediation.

_____
RICHARD W. ROBERTS
United States District Court Judge