```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **GRETA A. CAMPBELL,**          ) | |
|     Plaintiff,          ) | |
|     v.          ) | Civil Action No. 07-0033 (RWR) |
| **WILLIAM H. TURRI,**          ) | |
|     Defendant.          ) | |

### ORDER OF REFERRAL TO MEDIATION

Based on the agreement of the parties, it is hereby

ORDERED that this case be and hereby is referred to mediation to commence on the date this Order is filed and to conclude on July 7, 2008.  Counsel and parties, including persons with settlement authority, are directed to attend the mediation sessions.  The Clerk of the Court is directed to furnish a copy of this Order to the Circuit Executive's Office for the purpose of assigning a mediator.  It is further

ORDERED that if this case settles in whole or in part, plaintiffs shall advise the Court by promptly filing a stipulation.  It is further

ORDERED that discovery is hereby STAYED during mediation, and the post discovery status conference originally scheduled for May 7, 2008 is hereby VACATED.  It is further

ORDERED that the parties file a joint status report and proposed order by July 9, 2008.

SIGNED this 5th day of May, 2008.

-2-

```
               /s/
```
RICHARD W. ROBERTS
United States District Judge