UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GRETA A. CAMPBELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0033 (RWR) |
| ) | |
| **WILLIAM H. TURRI,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Circuit Executive's Office has notified chambers that the parties in this case have reached an agreement in principle to settle the case.  In light of that representation, it is hereby

ORDERED that this case shall be dismissed without prejudice for thirty days.  It is further

ORDERED that any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

ORDERED that if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice.

SIGNED this 18 day of July, 2008.

```
                                    /s/
                           RICHARD W. ROBERTS
                           United States District Judge
```