## UNITED STATES DISTRICT CORUT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| GRETA A. CAMPBELL ) | |
| ) | |
|        Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 07-00033 (RWR/DAR) |
| ) | |
| WILLIAM H. TURRI, ) | |
| PUBLIC PRINTER, CHIEF EXECUTIVE ) | |
| OFFICER, UNITED STATES GOVERNMENT ) | |
| PRINTING OFFICE ) | |
| ) | |
|        Defendant. ) | |
| _____ ) | |

## PLAINTIFF'S MOTION TO REOPEN CASE

Plaintiff Greta Campbell, by and through undersigned counsel, hereby moves this honorable Court to reopen the above-captioned case, due to the parties' failure to complete and consummate settlement.  The parties held three mediation sessions coordinated by the Circuit Executive's Office - the last of which occurred on July 17, 2008 where the parties reached an agreement in principle.  So notified, on July 18, 2008, the Court dismissed the case without prejudice for thirty days, within which time the Court graciously permitted any party to "reopen the case upon motion approved by the Court."  Despite considerable effort by Plaintiff to fashion an acceptable agreement and several extended time frames for the Defendant Agency to commit and finalize settlement, the case has not settled.  Consequently, Ms. Campbell respectfully

requests that the Court reopen this matter and schedule a status conference as soon as practicable.


Dated: August 15, 2008                    Respectfully submitted,


                                          By:_____/s/_____
                                          Teresa W. Murray
                                          THE LAW OFFICE OF T.W. MURRAY
                                          8403 Colesville Road, Suite 610
                                          Ph: 301-880-7235/Fax: 301-587-9397
                                          Counsel for Plaintiff

# UNITED STATES DISTRICT CORUT
## FOR THE DISTRICT OF COLUMBIA

_____

GRETA A. CAMPBELL                         )
                                          )
        Plaintiff,                     )
                                          )
v.                                        )  Case No.: 07-00033 (RWR/DAR)
                                          )
WILLIAM H. TURRI,                         )
PUBLIC PRINTER, CHIEF EXECUTIVE           )
OFFICER, UNITED STATES GOVERNMENT         )
PRINTING OFFICE                           )
                                          )
        Defendant.                     )
_____)


## **ORDER**

      UPON CONSIDERATION of Greta A. Campbell's Motion To Reopen Case and

any and all responses thereto, it is this ____ day of _____, 2008, by the United

States District Court for the District of Columbia, **ORDERED:**

        1.  that Plaintiff's Motion To Reopen Case is **GRANTED; and**

        2.  the status conference shall be set for the _____ day of _____, 2008.


                                       _____
                                       United States District Court Judge