UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **GRETA A. CAMPBELL** | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 1:07CV00033(RR) |
| **WILLIAM H. TURRI,** **PUBLIC PRINTER** | ) |
| Defendant. | ) |

### PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

Please take Notice of the following address and telephone number change for Plaintiff's counsel in the above-captioned matter:

Teresa W. Murray
The Law Office of T.W. Murray
8403 Colesville Road
Suite 610
Silver Spring, Maryland 20910
Phone: 301-880-7235
Fax: 301-587-9397

Respectfully submitted,

Dated: August 21, 2008     By**:_____/s/_____**
  Teresa W. Murray
  The Law Office of T.W. Murray
  8403 Colesville Road, Suite 610
  Silver Spring, Maryland 20910
  Phone: 301-880-7235
  Fax: 301-587-9397

  **Counsel for the Plaintiff**